```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| JAMES COLES, et al., | |
| Plaintiffs, | HON. JEROME B. SIMANDLE |
| v. | Civil No. 10-6132 (JBS/AMD) |
| NICHOLAS CARLINI, et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court on a motion for partial summary judgment by Plaintiffs Coles, Ballinger and DeGailler [Docket Item 115] and a cross-motion for partial summary judgment by the State Defendants [Docket Item 120]; the Court having considered the submissions of the parties and having heard oral argument; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this **22nd** day of **July**, **2013** hereby

ORDERED that Plaintiffs' motion for partial summary judgment is DENIED; and it is further

ORDERED that Defendants' cross-motion for partial summary judgment is DENIED in part and GRANTED in part; Defendants' motion is DENIED insofar as they are entitled to neither qualified immunity nor summary judgment on the merits of the First Amendment claim; Defendants' motion is GRANTED on judicial estoppel grounds as to Plaintiffs Coles and Ballinger, who may seek nominal damages and declaratory and injunctive relief but who may not seek additional compensatory or punitive damages.

```
                       s/ Jerome B. Simandle
                       JEROME B. SIMANDLE
                       Chief U.S. District Judge
```